Order reversed and the complaint dismissed, without costs, upon the ground, fully developed in the dissenting opinion at the Appellate Division, that the plaintiff failed, as a matter of law, to establish actionable negligence. The cases cited in the opinion for affirmance are inapposite. In each of them, a question of fact as to defendant’s negligence was held to exist by reason of the undisputed proof that the operator of the *518 vehicle failed ;to. see plaintiff. (or plaintiff’s intestate) even though, the. latter was in plain and.unobstructed view and in the direct path of the vehicle.
Concur: Judges Fuld, Van Voorhis, Burke, Scileppi and Bergan. Chief Judge Desmond dissents in the following opinion in which Judge Dye concurs.